B6C (Official Form 6C) (4/10)

In re  **James Robert Janecke,**  Case No. __2:11-bk-08927__
      **Karen Lynette Janecke**
                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Bank Account: Checking Account 6222463942 Location: Wells Fargo, P.O. Box 2908, Phoenix, AZ 85062-2908 | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 10.00 |
| **Household Goods and Furnishings** | | | |
| Description Of Household Furnishing Items Exempt in AZ Location: 1241 S. Maple, Mesa AZ 85206 1 kitchen table with four chairs ($50), 4Additional chairs for kitchen table ($20), 1 living room couch ($100), 1 living room lamps ($10), 1 living room carpet or rug ($10), 2 beds / Mattresses($200)), Additional beds for each dependent of debtor in HH, 1 bed-table for each bed ($10), 3 dressers ($50), 2 lamps 1for each bed ($10), bedding for each bed ,allowed above ($20), pictures, oil paintings and drawings, (Limited to those drawn or painted by debtor and family portraits in their necessary frames) ($40), 1 television set ($200), 1 radio alarm clock ($5), 1 stove ($100), 1 refrigerator ($100), 1 washing machine ($50), 1 clothes dryer ($50), 1 vacuum cleaner ($10) | Ariz. Rev. Stat. § 33-1123 | 8,000.00 | 1,035.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Personal Library: 50 old text books | Ariz. Rev. Stat. § 33-1125(5) | 500.00 | 50.00 |
| **Wearing Apparel** | | | |
| Clothes and Shoes for one adult male and one adult female Location: 1241 S. Maple, Mesa AZ 85206 | Ariz. Rev. Stat. § 33-1125(1) | 1,000.00 | 350.00 |
| Watch: 1 lady's watch | Ariz. Rev. Stat. § 33-1125(6) | 50.00 | 10.00 |
| **Furs and Jewelry** | | | |
| Jewelry: One lady's wedding ring ($400), Husband's wedding ring ($400) | Ariz. Rev. Stat. § 33-1125(4) | 2,000.00 | 800.00 |
| **Annuities** | | | |
| Annuity contract which pays debtor monthly 1361.18. | Ariz. Rev. Stat. § 33-1126A7 | 100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| Auto: 2005 Jeep, Wrangler Unlimited Rubicon, Fair, 68000 | Ariz. Rev. Stat. § 33-1125(8) | 10,000.00 | 10,212.00 |
| **Animals** | | | |
| Pets: 3 dogs, 1 cat; fish, 2 birds & 2 turtles | Ariz. Rev. Stat. § 33-1125(3) | 1,000.00 | 50.00 |
| | Total: | 22,850.00 | 12,517.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt
Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

Case 2:11-bk-08927-SSC    Doc 23    Filed 05/24/11    Entered 05/24/11 18:01:21    Desc
Main Document     Page 1 of 1